IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BLAKE SANDLAIN,

    Petitioner,

v.                                        CIVIL ACTION NO. 1:20-00358

WARDEN C. MARUKA,
FCI McDowell

    Respondent.

## MEMORANDUM OPINION AND ORDER

On February 28, 2022, Sandlain filed a "Notice of Appeal Dismissing Rule 59(e) Motion/Requesting Certificate of Appealability". See ECF No. 46. The Clerk's Office has docketed the request for a certificate of appealability as a pending motion before the district court. However, this court has already denied a certificate of appealability. See ECF No. 40. Furthermore, this case is on appeal. Accordingly, the Clerk is directed to terminate ECF No. 46 insofar as it indicates further action from this court is needed.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented parties.

**IT IS SO ORDERED** this 11th day of July, 2022.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge